Clinton Henry BERUBE

v.

Peter B. MATOIAN et al.

No. 80–527–A.

Supreme Court of Rhode Island.

July 2, 1981.

Almonte, Lisa & Pisano, Stephen C. Mackie, Thomas L. McDonald, Providence, for plaintiff.

Law Offices of Hugh L. Moore, Jr., Robert L. Kiernan, Providence, for defendants.

ORDER

The motion of defendant Ten Talents, Inc. to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied for noncompliance with Supreme Court Rule 28.

Cecelia D. (Perkins) COLBY

v.

ZONING BOARD OF REVIEW OF the CITY OF WARWICK et al.

No. 81–303–M.P.

Supreme Court of Rhode Island.

July 2, 1981.

Michael A. DeSisto, Providence, for plaintiff-respondent.

Asquith, Wiley, Ryan & Anderson, Harry W. Asquith, Jr., Providence, for defendants-petitioners, intervenors.

ORDER

The petition for writ of certiorari is denied.

Norma E. COHEN et al.

v.

ZONING BOARD OF REVIEW OF the CITY OF PROVIDENCE et al.

No. 81–285–M.P.

Supreme Court of Rhode Island.

July 2, 1981.

Alan T. Dworkin, Ltd., Robert M. Brady, Cranston, for petitioners.

Domenic Tudino, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.